UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

**RELATED CASE, IF ANY:**

Case Number: _____     Judge: _____     Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☐

I certify that, to my knowledge, the within case   ☐ is / ☐ is not   related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____     /s/ Lawrence M. Silverman, Esq.     _____
                                                                                   <span style="color:red">Must sign here</span>
                                                          *Attorney-at-Law / Pro Se Plaintiff*                   *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**   *Federal Question Cases:*

☐ 1.  Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2.  FELA
☐ 3.  Jones Act-Personal Injury
☐ 4.  Antitrust
☐ 5.  Patent
☐ 6.  Labor-Management Relations
☐ 7.  Civil Rights
☐ 8.  Habeas Corpus
☐ 9.  Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
      *(Please specify):* _____

**B.**   *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
     *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

                                            /s/ Lawrence M. Silverman, Esq.
DATE: _____     <span style="color:red">Sign here if applicable</span>     _____
                                                          *Attorney-at-Law / Pro Se Plaintiff*                   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| Newtown Athletic Club (Newtown Racquetball Associates LLC, Newtown Racquetball Inc.) | : |
| v. | : No. |
| The Cincinnati Insurance Companies | : |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus — Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security — Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration — Cases required to be designated for arbitration under Local Civil Rule 8. ( )

(d) Asbestos — Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management — Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management — Cases that do not fall into any one of the other tracks. ( X )

6/14/2021                    /s/ Lawrence M. Silverman
(Date)                         Lawrence M. Silverman, Esq.
                               Attorney I.D. #17854
                               1515 Market Street, Suite 1220
                               Philadelphia, PA 1 9102

                          Telephone:  215-557-0111
                          Fax:  215-557-3771
                          Email:  silverman@litchfieldcavo.com
                          Attorney for Defendant

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U.S. Government Plaintiff
- ❏ 2 U.S. Government Defendant
- ❏ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 196 Franchise | | | ❏ 790 Other Labor Litigation | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | | ❏ 893 Environmental Matters |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | ❏ 950 Constitutionality of State Statutes |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEWTOWN ATHLETIC CLUB (NEWTOWN RACQUETBALL ASSOCIATES LLC, NEWTOWN RACQUETBALL INC.)<br>　　　　　　　Plaintiff<br><br>　v.<br><br>THE CINCINNATI INSURANCE COMPANIES<br>　　　　　　　Defendant. | Civil Action No.: |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE SAID DISTRICT COURT OF THE UNITED STATES:

Petitioner The Cincinnati Insurance Company ("Cincinnati"), incorrectly designated "Cincinnati Insurance Companies," respectfully represents:

1. On or about January 26, 2021, Plaintiff filed a Praecipe for a Writ of Summons commencing a civil action in the Court of Common Pleas of Bucks County, Pennsylvania, styled, *Newtown Athletic Club (Newtown Racquetball Associates LLC, Newtown Racquetball, Inc.)" v. The Cincinnati Insurance Companies.* A writ of summons was issued at 20-00520, but was not served. The writ was reinstated on March 2, April 1 and April 30, 2021 but not served.

2. On May 12, 2021 Newtown filed a complaint. A copy of the Complaint including Exhibit A thereto, policies of insurance, is attached hereto as Exhibit 1. The policies were issued by The Cincinnati Insurance Company, incorrectly designated "The Cincinnati Insurance Companies."

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because this Court's district encompasses the Court of Common Pleas of Bucks County, Pennsylvania.

4. A copy of the Complaint was served, via U.S.P.S., on Cincinnati on May 17, 2021. Cincinnati files this Notice of Removal within thirty (30) days from the date of service of the Complaint calculated in accordance with F.R.Civ.P. 6. This Notice of Removal is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

5. Petitioner Cincinnati is a corporation organized and existing under the laws of the State of Ohio and maintains its principal place of business in Fairfield, Ohio. Therefore, The Cincinnati Insurance Company is a citizen of the State of Ohio pursuant to 28 U.S.C. § 1332(c)(1).

6. Plaintiff identifies itself as "Newtown Athletic Club (Newtown Racquetball Associates LLC, Newtown Racquetball, Inc.)" and pleads in Paragraph 11 of its Complaint that it is "a domestic corporation organized and existing under the laws of the Pennsylvania with its principle place of business located in Newtown, Pennsylvania." On information and belief, Newtown Athletic Club is a fictitious name registered with the Department of State of the Commonwealth of Pennsylvania and is owned by Newtown Racquetball Inc., a corporation organized and existing under the laws of the Commonwealth of Pennsylvania with its principle place of business at 120 Pheasant Run, Newtown, PA 18940. On further information and belief, Newtown Racquetball Associates LLC is a limited liability company organized and existing under the laws of the Commonwealth of Pennsylvania with its principle place of business at 120 Pheasant Run, Newtown, PA 18940.

7. On further information and belief, Cincinnati reasonably believes and in good faith asserts that none of the members of Newtown Racquetball Associates LLC are citizens of

the State of Ohio. *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F. 3d 99 108 (3d Cir. 2015) ("If, after this inquiry, the plaintiff has no reason to believe that any of the association's members share its state of citizenship, it may allege complete diversity in good faith. The unincorporated association, which is in the best position to ascertain its own membership, may then mount a factual challenge by identifying any member who destroys diversity" (*fn* omitted)).

8. Therefore, Cincinnati reasonably believes and in good faith asserts there is total diversity between the parties.

## THE COMPLAINT

9. In the Complaint, Plaintiff alleges breach of contract with regard to a policy of insurance issued by Cincinnati to Plaintiff. Plaintiff asserts that the policy affords coverage for certain business losses sustained by Plaintiff arising out of closure orders issued by the Commonwealth of Pennsylvania in connection with the Coronavirus Pandemic and that Cincinnati refuses payment of the claims. Exhibit 1, Complaint ¶¶ 53, 56-59, 62, 77-82. Plaintiff seeks a declaratory judgment and damages for an alleged breach of contract, statutory bad faith pursuant to 42 Pa. C. S. § 8371 and "common law bad faith" as well as "the prime rate of interest plus three percent, punitive damages, reasonable attorneys' fees and costs, additional pre-judgment interest and post judgment interest and other relief as the Court deems just and proper." Exhibit 1.

10. In its Complaint, Plaintiff avers at Paragraph 75 that: "Since March I9, 2020, and as of the date of this action, Newtown has sustained business interruption losses estimated to be in excess of $5,750,000." Thus, Cincinnati believes and therefore avers that the damages sought are in excess of the jurisdictional amount of $75,000, exclusive of interest and costs.

11. The above-entitled action is a civil action over which this Court has subject matter jurisdiction under the provisions of 28 U.S.C. § 1332, as it involves citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs. Consequently, removal of this action is appropriate under 28 U.S.C. § 1441(a).

12. Written notice of this Notice of Removal will be served on Plaintiff promptly after the filing of this Notice of Removal, as is required by law.

13. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of Common Pleas of Bucks County, Pennsylvania, promptly after the filing of this Notice, pursuant to 28 U.S.C. § 1446(d).

14. Copies of the docket, all process, pleadings and orders served upon Cincinnati (in addition to the Complaint) have been collectively attached to this Notice of Removal. See Exhibit 2.

WHEREFORE, Petitioner prays the instant action designated in the Bucks County Court of Common Pleas, at No. 2020-00526, be removed from the Court of Common Pleas, Bucks County, Pennsylvania to this Court for trial and determination.

Respectfully submitted,

**LITCHFIELD CAVO LLP**

**BY:** */s/ Lawrence M. Silverman*
Lawrence M. Silverman, Esquire
Attorney I.D. No.: 17854
1515 Market Street, Suite 1220
Philadelphia, PA 19102
215-557-0111/Fax: 215-557-3771
silverman@litchfieldcavo.com

Attorneys for Defendant

Date: June 14, 2021

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Newtown Athletic Club (Newtown Racquetball Associates LLC, Newtown Racquetball Inc.) | : : : | |
| v. | : : | No. |
| The Cincinnati Insurance Companies | : | |

**CERTIFICATE OF SERVICE**

I, Lawrence M. Silverman, Esquire, hereby certify that a true and correct copy of the foregoing Notice of Removal was filed and served by the Court's electronic filing system, and by electronic mail, on this 14th day of June, 2021, upon the following:

Pamela D. Hans, Esquire
Dylan G. LaMorte, Esquire
ANDERSON KILL P.C.
1760 Market Street, Suite 600
Philadelphia, PA  19103
phans@andersonkill.com
dlamorte@andersonkill.com

*Attorneys for Plaintiff*

**LITCHFIELD CAVO LLP**

**BY:**   */s/ Lawrence M. Silverman*
Lawrence M. Silverman, Esquire
Identification No. 17854
1515 Market Street, Suite 1220
Philadelphia, PA 19102
215-557-0111/215-557-3771 fax
*silverman@litchfieldcavo.com*
***Attorneys for Defendant***