IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEWTOWN ATHLETIC CLUB (NEWTOWN RACQUETBALL ASSOCIATES LLC, NEWTOWN RACQUETBALL INC.) | : : : : | |
| | : | No. 2:21-cv-02662 |
| v. | : : | |
| THE CINCINNATI INSURANCE COMPANIES | : : | |

**MOTION BY THE CINCINNATI INSURANCE COMPANY
(IMPROPERLY NAMED THE CINCINNATI INSURANCE COMPANIES)
TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant The Cincinnati Insurance Company (Improperly Named The Cincinnati Insurance Companies) moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the complaint of Plaintiff Newtown Athletic Club (Newtown Racquetball Associates LLC, Newtown Racquetball Inc.). In support of this motion, The Cincinnati Insurance Company relies on and incorporate by reference the accompanying memorandum of law and exhibits.

LITCHFIELD CAVO LLP

*/s/ Lawrence M. Silverman*

Lawrence M. Silverman, Esquire
Attorney I.D. No. 17854
silverman@litchfieldcavo.com
Daniel G. Litchfield, Esquire
Attorney I.D. 75064
litchfield@litchfieldcavo.com
1515 Market Street, Suite 1220
Philadelphia, PA  19102
(215) 557-0111/ (215) 557-3771 (fax)

Attorneys for The Cincinnati Insurance Company