IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEWTOWN ATHLETIC CLUB (NEWTOWN RACQUETBALL ASSOCIATES LLC, NEWTOWN RACQUETBALL INC.)**<br><br>          **Plaintiff,**<br><br>    v.<br><br>**THE CINCINATTI INSURANCE COMPANIES**<br><br>          **Defendant.** | **CIVIL ACTION NO. 21-2662** |

## ORDER

**AND NOW,** this 23rd day of March 2022, upon consideration of Plaintiff's Motion to Remand [Doc. No. 6], Defendant's Motion to Dismiss for Failure to State a Claim [Doc. No. 5], the briefing of the parties, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Remand [Doc. No. 6] is **DENIED**;

2. Defendant's Motion to Dismiss for Failure to State a Claim [Doc. No. 5] is **GRANTED**;

3. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                **CYNTHIA M. RUFE, J.**