# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEWTOWN ATHLETIC CLUB (Newtown Racquetball Associates LLC, Newtown Racquetball Inc.),<br><br>                    Plaintiff,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANIES,<br><br>                    Defendant. | Civil Action No.<br>2:21-cv-02662 (CMR) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Newtown Athletic Club ("Plaintiff") hereby appeals to the United States Court of Appeals for the Third Circuit, from the March 23, 2022, Memorandum and/or Opinion (ECF No. 15) and March 23, 2022, Order (ECF No. 16) granting Defendant The Cincinnati Insurance Companies' ("Defendant") Motion to Dismiss the Complaint and denying Plaintiff's Motion for Remand.

| | |
|---|---|
| Dated:   April 19, 2022 | ANDERSON KILL P.C.<br><br>By:   /s/ Pamela D. Hans<br>      Pamela D. Hans, Esq.<br>      (Attorney I.D. No. 88138)<br><br>      1760 Market Street, Suite 600<br>      Philadelphia, Pennsylvania 19103<br>      Telephone:  (267) 216-2700<br>      Fax:  (215)-568-4573<br><br>      *Attorneys for Plaintiff*<br>      *Newtown Athletic Club* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Notice of Appeal using the Court's CM/ECF System, which will automatically send e-mail notifications of such filing to all counsel of record.

This 19th day of April, 2022.

*s/ Pamela D. Hans*
Pamela D. Hans, Esq.
